# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DEBORAH SUNDE

VERSUS

SAFECO INSURANCE COMPANY OF
OREGON, ACADIAN ESTATE
SALES, LLC, ELEANOR ZERNOTT
AND ROBERT ZERNOTT, JR.

NO. 2021 CW 1154

NOVEMBER 29, 2021

---

In Re:    Safeco Insurance Company of Oregon, applying for
          supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 671601.

---

BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.

   **WRIT DENIED.**

                              JMG
                              WRC

   **Holdridge, J.,** dissents.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT